This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**PURPLE LUPINE, LLC, a New Mexico**
**Limited Liability Company,**

Plaintiff-Appellee,

**v.**                                                                                   No. 35,258

**SHERMAN & SHERMAN, P.C.,**

Defendant-Appellant,

**and**

**CITY OF DEMING, a Municipal Corporation**
**of the State of New Mexico, SOUTHWEST LOAN**
**& INVESTMENT CORP., SUNBELT ANDERSON OIL**
**COMPANY, a Texas Corporation, and MINNIE LUJAN,**
**if living, and if deceased, Minnie Lujan's unknown heirs,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Henry R. Quintero, District Judge**

McCarthy & Holthus, LLP
Jeannette Martinez Whittaker
Albuquerque, NM

for Appellee

Sherman & Sherman

Jakub F. Sherman

Frederick H. Sherman

Deming, NM

for Appellant

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}     Reversed.

{3}     **IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**RODERICK T. KENNEDY, Judge**